**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JAMES V ISBELL |
| Debtor 2 (Spouse, if filing) | GAIL M ISBELL |
| United States Bankruptcy Court for the: EASTERN | District of PA |
| Case number | 20-12507 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Huntington Bank

**Court claim no.** (if known): 13

**Last 4 digits of any number you use to identify the debtor's account:** 3385

**Date of payment change** 9/1/2020
Must be at least 21 days after the date of this notice

**New total payment:** 414.02
Principal, interest, and escrow

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   x    No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:              New interest rate:

   Current principal and interest payment:       New principal and interest payment:

## Part 3:   Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:   Average daily balance _____

   Current mortgage payment: $  $ 427.38       New mortgage payment:  $  414.02

| Debtor 1 | JAMES V ISBELL | | | Case number *(if known)* | 20-12507 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

X    I am the creditor.

☐   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /S/ BETH YANNIELLO                                                            Date   08-10-2020
Signature

**Print:**        **BETH YANNIELLO**                                            Title   Bankruptcy Specialist
                  First Name        Middle Name        Last Name

Company        Huntington Bank

Address        5555 Cleveland Ave        GW1N10
               Number            Street

               Columbus                        OH        43231
               City                            State    ZIP Code

Contact phone    1-888-632 5547                      Email:  bankruptcy@huntington.com