**Fill in this information to identify the case:**

Debtor 1: JAMES V ISBELL

Debtor 2: GAIL M ISBELL
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT PENNSYLVANIA

Case number: 20-12507

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Huntington Bank                **Court claim no.** (if known): 13

**Last 4 digits of any number you use to identify the debtor's account:** 3385

**Date of payment change:** 5/1/2021
Must be at least 21 days after the date of this notice

**New total payment:** 441.94
Principal, interest, and escrow

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   X No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:            New interest rate:

   Current principal and interest payment:    New principal and interest payment:

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: Average daily balance

**Current mortgage payment:** $  $ 374.98     **New mortgage payment:** $ 441.94

Official Form 410S1              **Notice of Mortgage Payment Change**              page 1

Debtor 1   JAMES V ISBELL
           First Name   Middle Name   Last Name

Case number (*if known*)   20-12507

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

X   I am the creditor.

☐   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


X  /S/ BETH YANNIELLO
   Signature

Date   4/8/2021

**Print:**   **BETH YANNIELLO**
            First Name   Middle Name   Last Name

**Title**   Bankruptcy Specialist

Company     Huntington Bank

Address     5555 Cleveland Ave      GW1N10
            Number    Street

            Columbus                OH      43231
            City                    State   ZIP Code

Contact phone   1-888-632 5547

Email:   bankruptcy@huntington.com